JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| JOHN WHITBREAD, | Case No. EDCV 19-236 JGB (SHKx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| GADIS BAR AND GRILL, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiff John Whitbread prevails on the ADA and the California's Unruh Civil Rights Act ("UCRA") claims against Defendants Gadis Bar and Grill, et al. Plaintiff is entitled to statutory damages under the UCRA in the amount of $8,000, as well as the recovery of reasonable attorney fees, litigation expenses, and costs of suit, under the ADA and UCRA. The Court AWARDS Plaintiff $21,500.60 in attorneys' fees, $15,167.08 in expenses, and $1,092.34 in costs.

//

//

//

//

1 |       Judgement is entered in favor of John Whitbread.

3 |  Dated: May 29, 2020

                                            THE HONORABLE JESUS G. BERNAL
                                            United States District Judge